AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

AVENTIS PHARMA S.A.,
SANOFI-AVENTIS U.S., LLC

     Plaintiffs
   V.

HOSPIRA, INC.,

     Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: -07-721-

TO: (Name and address of Defendant)
Hospira, Inc.
c/o The Corporation Trust Company (registered agent)
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

November 9, 2007
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE  November 12, 2007 |
| NAME OF SERVER *(PRINT)*  Ron Lennon | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): __Personally served Hospira, Inc. by serving its registered_ _agent at the address indicated on the front of this summons.__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the Untied States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: __11/12/07__          *[signature]* Ron Lennon
            Date                    *Signature of Server*

*Address of Server*

Parcels, Inc.
230 N. Market Street
Wilmington, DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.