### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMA S.A. and SANOFI-AVENTIS U.S., LLC,<br><br>                              Plaintiffs,<br><br>v.<br><br>HOSPIRA, INC.,<br><br>                              Defendant. | Civil Action No.: 07-721 GMS |

### STIPULATION TO EXTEND

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the time by which defendant Hospira, Inc. shall answer, move, or otherwise respond to plaintiff's complaint is extended to and including December 10, 2007. Counsel for both parties are discussing covenants not to sue for some patents which may limit the scope of the dispute between the parties. No party will be prejudiced by this brief extension.

| | |
|---|---|
| */s/ John G. Day* | */s/ Richard K. Herrmann* |
| Steven J. Balick (I.D. #2114) | Richard K. Herrmann (I.D. #405) |
| John G. Day (I.D. #2403) | Mary B. Matterer (I.D. #2696) |
| Tiffany Geyer Lydon (I.D. #3950) | MORRIS JAMES LLP |
| ASHBY & GEDDES | 500 Delaware Avenue, Suite 1500 |
| 500 Delaware Ave., 8th Floor | Wilmington, Delaware 19801 |
| Wilmington, DE 19801 | 302.888.6800 |
| (302) 654-1888 | rherrmann@morrisjames.com |
| sbalick@ashby-geddes.com | mmatterer@morrisjames.com |
| jday@ashby-geddes.com | |
| tlydon@ashby-geddes.com | *Counsel for Defendant* |
| | *Hospira, Inc.* |
| *Counsel for Plaintiffs* | |
| *Aventis Pharma S.A. and* | |
| *sanofi-aventis U.S., LLC* | |

2

**SO ORDERED** this _____ day of December, 2007.

                                                                   Gregory M. Sleet, Chief Judge