IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMA S.A. and<br>SANOFI-AVENTIS U.S., LLC,<br><br>    Plaintiffs,<br> v.<br><br>HOSPIRA, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No.: 07-721-GMS<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO EXTEND

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the time by which plaintiffs Aventis Pharma S.A. and sanofi-aventis U.S., LLC shall answer, move, or otherwise respond to defendant's counterclaims is extended to and including January 8, 2008. The extension is requested due to the intervening holiday period and the resultant personnel unavailability during the response period. No party will be prejudiced by this brief extension.

2

| ASHBY & GEDDES | MORRIS JAMES LLP |
|---|---|
| */s/ Steven J. Balick* | */s/ Richard K. Herrmann* |
| Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>500 Delaware Ave., Suite 800<br>Wilmington, DE 19801<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br><br>*Counsel for Plaintiffs*<br>*Aventis Pharma S.A. and*<br>*sanofi-aventis U.S., LLC* | Richard K. Herrmann (I.D. #405)<br>Mary B. Matterer (I.D. #2696)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware 19801<br>(302) 888-6800<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com<br><br>*Counsel for Defendant*<br>*Hospira, Inc.* |

      **SO ORDERED** this _____ day of _____, 200\_\_\_\_.

_____
Chief Judge

186950.1