**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AVENTIS PHARMA S.A., ) <br> SANOFI-AVENTIS U.S., LLC, ) <br>  ) <br> Plaintiffs, ) <br>  )    C.A. No. 1:07-cv-00721 (GMS) <br> v. ) <br>  ) <br> HOSPIRA, INC., ) <br>  ) <br> Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents, **DEFENDANT HOSPIRA, INC.'S FIRST SET OF DOCUMENT REQUESTS TO PLAINTIFFS (1-54) and HOSPIRA, INC.'S FIRST SET OF INTERROGATORIES,** were served on counsel listed below as indicated this 3rd day of April, 2008:

**VIA EMAIL AND HAND DELIVERY**
Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

**VIA EMAIL AND FEDERAL EXPRESS**
Donald R. Dunner
Thomas H. Jenkins
Finnegan Henderson Farabow Garrett &
Dunner, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
202.408.4000
don.dunner@finnegan.com
tom.jenkins@finnegan.com

Michael J. McCabe II
Finnegan Henderson Farabow Garrett &
Dunner, LLP
3500 Sun Trust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308
404.653.6400
michael.mccabe@finnegan.com

| | |
|---|---|
| Dated: April 3, 2008 |    */s/ Richard K. Herrmann* |

                                                   Richard K. Herrmann #405
                                                   Mary B. Matterer #2696
                                                   MORRIS JAMES LLP
                                                   500 Delaware Avenue, Suite 1500
                                                   Wilmington, Delaware 19801-1494
                                                   302.888.6800
                                                   rherrmann@morrisjames.com

                                                   Attorneys for Defendant HOSPIRA, INC.