IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMA S.A.,<br>SANOFI-AVENTIS U.S., LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>HOSPIRA, INC.,<br><br>        Defendant. | C.A. No. 07-721-GMS |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 4th day of April, 2008, **PLAINTIFFS' FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-47)** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esquire<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801-1494 | HAND DELIVERY |
| James F. Hurst, Esquire<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL  60601-9703 | VIA ELECTRONIC MAIL |
| Jovial Wong, Esquire<br>Winston & Strawn LLP<br>1700 K Street, N.W.<br>Washington, DC  20006 | VIA ELECTRONIC MAIL |

          ASHBY & GEDDES

          */s/ Tiffany Geyer Lydon*

          _____
          Steven J. Balick (I.D. # 2114)
          John G. Day (I.D. #2403)
          Tiffany Geyer Lydon (I.D. #3950)
          500 Delaware Avenue, 8th Floor
          P.O. Box 1150
          Wilmington, DE 19899
          (302) 654-1888
          sbalick@ashby-geddes.com
          jday@ashby-geddes.com
          tlydon@ashby-geddes.com

          *Attorneys for Plaintiffs*

*Of Counsel:*

Donald R. Dunner
Thomas H. Jenkins
Michael J. McCabe, II
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Ave., N.W.
Washington, DC 20001
(202) 408-4000

Jason E. Stach
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308
(404) 653-6428

Dated: April 4, 2008
186556.1