IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMA S.A. and<br>SANOFI-AVENTIS U.S., LLC<br><br>           Plaintiffs,<br><br>       v.<br><br>HOSPIRA, INC.<br><br>           Defendant. | )<br>)<br>)<br>)<br>)    C.A. No. 07-721-GMS<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jason E. Stach to represent Plaintiffs Aventis Pharma S.A. and sanofi-aventis U.S., LLC in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $25.00 is being submitted to cover the annual fee for the attorney listed above.

ASHBY & GEDDES

/s/ *Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs Aventis Pharma S.A.
and sanofi-aventis U.S., LLC*

Dated: April 8, 2008

{00207296;v1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMA S.A., <br> SANOFI-AVENTIS U.S., LLC <br><br> Plaintiffs, <br><br> v. <br><br> HOSPIRA, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )  C.A. No. 07-721-GMS <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

This _____ day of _____, 2007, the Court having considered the motion for the admission *pro hac vice* of Jason E. Stach to represent Plaintiffs Aventis Pharma S.A. and sanofi-aventis U.S., LLC in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing Attorney is admitted *pro hac vice*.

_____
Chief Judge

{00207296;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Georgia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

*/s/ Jason E. Stach*
Jason E. Stach
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308
Telephone: (404) 653-6428
Facsimile: (404) 653-6444

Dated: 4/7/2008

{00206685;v1}