IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVENTIS PHARMA S.A., | ) | |
| SANOFI-AVENTIS U.S., LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-721-GMS |
| | ) | |
| HOSPIRA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 8th day of April, 2008, **PLAINTIFFS'**

**INTERROGATORIES NOS. 1-11** was served upon the following counsel of record at the

address and in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esquire | HAND DELIVERY |
| Morris James LLP | |
| 500 Delaware Avenue, Suite 1500 | |
| Wilmington, DE  19801-1494 | |
| | |
| James F. Hurst, Esquire | VIA ELECTRONIC MAIL |
| Winston & Strawn LLP | |
| 35 West Wacker Drive | |
| Chicago, IL  60601-9703 | |
| | |
| Jovial Wong, Esquire | VIA ELECTRONIC MAIL |
| Winston & Strawn LLP | |
| 1700 K Street, N.W. | |
| Washington, DC  20006 | |

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

Donald R. Dunner
Thomas H. Jenkins
Michael J. McCabe, II
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Ave., N.W.
Washington, DC  20001
(202) 408-4000

Jason E. Stach
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA  30308
(404) 653-6428

Dated: April 8, 2008
186556.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April, 2008, the attached **NOTICE OF SERVICE**

was served upon the below-named counsel of record at the address and in the manner indicated:


Richard K. Herrmann, Esquire                                          HAND DELIVERY
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494


James F. Hurst, Esquire                                              VIA ELECTRONIC MAIL
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601-9703


Jovial Wong, Esquire                                                 VIA ELECTRONIC MAIL
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC  20006



*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon