# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

April 10, 2008

The Honorable Gregory M. Sleet  　　　　　　　　VIA ELECTRONIC FILING
United States District Court
844 N. King Street
Wilmington, DE 19801

  Re: *Aventis Pharma S.A., et al. v. Hospira, Inc.,*
    C.A. No. 07-721

Dear Chief Judge Sleet:

  Following up on our April 3, 2008 scheduling conference in the above action, I am writing on behalf of all parties to present the accompanying agreed form of scheduling order for the Court's consideration.

              Respectfully,

              */s/ Steven J. Balick*

              Steven J. Balick

SJB/rbg

cc: Richard K. Herrmann, Esquire (by hand and via electronic mail)
   Kathleen B. Barry, Esq. (via electronic mail)
   Thomas H. Jenkins, Esq. (via electronic mail)
   Michael J. McCabe, II, Esq. (via electronic mail)

{00208264;v1}