IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMA S.A., <br> SANOFI-AVENTIS U.S., LLC, <br><br> Plaintiffs, <br><br> v. <br><br> HOSPIRA, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 07-721-GMS <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 1st day of May, 2008, **PLAINTIFFS' INITIAL DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 26(A)(1)** was served upon the following counsel of record at the address and in the manner indicated:

Richard K. Herrmann, Esquire                                    <u>HAND DELIVERY</u>
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494

James F. Hurst, Esquire                                         <u>VIA ELECTRONIC MAIL</u>
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703

Jovial Wong, Esquire                                            <u>VIA ELECTRONIC MAIL</u>
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006

ASHBY & GEDDES

/s/ Lauren E. Maguire
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

Donald R. Dunner
Thomas H. Jenkins
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Ave., N.W.
Washington, DC  20001
(202) 408-4000

Michael J. McCabe, II
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA  30308
(404) 653-6428

Dated: May 1, 2008