**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AVENTIS PHARMA S.A.,<br>SANOFI-AVENTIS U.S., LLC,<br><br>    Plaintiffs,<br><br> v.<br><br>HOSPIRA, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 1:07-cv-00721 (GMS)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document, **HOSPIRA, INC.'S RULE 26(a)(1) INITIAL DISCLOSURES,** were served on counsel listed below as indicated this 1st day of May, 2008:

**VIA EMAIL AND HAND DELIVERY**
Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

**VIA EMAIL AND FEDERAL EXPRESS**
Donald R. Dunner
Thomas H. Jenkins
Finnegan Henderson Farabow Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
202.408.4000
don.dunner@finnegan.com
tom.jenkins@finnegan.com

Michael J. McCabe II
Finnegan Henderson Farabow Garrett & Dunner, LLP
3500 Sun Trust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308
404.653.6400
michael.mccabe@finnegan.com

2

Dated: May 1, 2008                    /s/ Richard K. Herrmann
                                      Richard K. Herrmann #405
                                      Mary B. Matterer #2696
                                      MORRIS JAMES LLP
                                      500 Delaware Avenue, Suite 1500
                                      Wilmington, Delaware 19801-1494
                                      302.888.6800
                                      rherrmann@morrisjames.com

                                      Attorneys for Defendant HOSPIRA, INC.