IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMA S.A.,<br>SANOFI-AVENTIS U.S., LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>HOSPIRA, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-721-GMS<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 12th day of May, 2008, **PLAINTIFFS' RESPONSE TO DEFENDANT'S FIRST SET OF INTERROGATORIES** was served upon the following counsel of record at the address and in the manner indicated:

Richard K. Herrmann, Esquire                                                    **HAND DELIVERY**
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494

James F. Hurst, Esquire                                                         **VIA ELECTRONIC MAIL**
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703

Jovial Wong, Esquire                                                             **VIA ELECTRONIC MAIL**
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006

{00186556;v1}

                                      ASHBY & GEDDES

                                        */s/ John G. Day*

                                        _____
                                        Steven J. Balick (I.D. # 2114)
                                        John G. Day (I.D. #2403)
                                        Tiffany Geyer Lydon (I.D. #3950)
                                        500 Delaware Avenue, 8th Floor
                                        P.O. Box 1150
                                        Wilmington, DE 19899
                                        (302) 654-1888
                                        sbalick@ashby-geddes.com
                                        jday@ashby-geddes.com
                                        tlydon@ashby-geddes.com

                                        *Attorneys for Plaintiffs*

*Of Counsel:*

Donald R. Dunner
Thomas H. Jenkins
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Ave., N.W.
Washington, DC  20001
(202) 408-4000

Michael J. McCabe, II
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA  30308
(404) 653-6428

Dated: May 12, 2008

{00186556;v1}