IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVENTIS PHARMA S.A., <br> SANOFI-AVENTIS U.S., LLC, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) | C.A. No. 07-721-GMS |
| | ) <br> ) | |
| HOSPIRA, INC., | ) <br> ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 12th day of May, 2008, **PLAINTIFFS' RESPONSE TO DEFENDANT'S FIRST SET OF DOCUMENT REQUESTS (1-70)** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esquire <br> Morris James LLP <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, DE 19801-1494 | HAND DELIVERY |
| James F. Hurst, Esquire <br> Winston & Strawn LLP <br> 35 West Wacker Drive <br> Chicago, IL 60601-9703 | VIA ELECTRONIC MAIL |
| Jovial Wong, Esquire <br> Winston & Strawn LLP <br> 1700 K Street, N.W. <br> Washington, DC 20006 | VIA ELECTRONIC MAIL |

{00186556;v1}

ASHBY & GEDDES

*/s/ John G. Day*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

Donald R. Dunner
Thomas H. Jenkins
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Ave., N.W.
Washington, DC  20001
(202) 408-4000

Michael J. McCabe, II
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
3500 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA  30308
(404) 653-6428

Dated: May 12, 2008

{00186556;v1}