# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMA S.A. and<br>SANOFI-AVENTIS U.S., LLC,<br><br>          Plaintiffs,<br><br>      v.<br><br>HOSPIRA, INC.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 1:07-cv-00721 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document, **HOSPIRA, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS,** were served on counsel listed below as indicated:

**VIA EMAIL ON 5/12/2008 AND
VIA HAND DELIVERY ON 5/13/2008**
Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

**VIA EMAIL ON 5/12/2008 AND
VIA FEDERAL EXPRESS ON 5/13/2008**
Donald R. Dunner
Thomas H. Jenkins
Finnegan Henderson Farabow Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
202.408.4000
don.dunner@finnegan.com
tom.jenkins@finnegan.com

Michael J. McCabe II
Finnegan Henderson Farabow Garrett & Dunner, LLP
3500 Sun Trust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308
404.653.6400
michael.mccabe@finnegan.com

| | |
|---|---|
| Dated: May 12, 2008 |    */s/ Richard K. Herrmann*<br>Richard K. Herrmann #405<br>Mary B. Matterer #2696<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware 19801-1494<br>302.888.6800<br>rherrmann@morrisjames.com<br><br>Attorneys for Defendant HOSPIRA, INC. |