# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMA S.A. and<br>SANOFI-AVENTIS U.S., LLC,<br><br>            Plaintiffs,<br><br>   v.<br><br>HOSPIRA, INC.,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 1:07-cv-00721 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following document, **DEFENDANT HOSPIRA'S RESPONSE TO PLAINTIFFS' FIRST SET OF INTERROGATORIES, NOS. 1-11,** were served on counsel listed below as indicated this 15th day of May, 2008:

| **VIA EMAIL and HAND DELIVERY** | **VIA EMAIL and FEDERAL EXPRESS** |
|---|---|
| Steven J. Balick<br>John G. Day<br>Tiffany Geyer Lydon<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE  19801<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com | Donald R. Dunner<br>Thomas H. Jenkins<br>Finnegan Henderson Farabow Garrett & Dunner, LLP<br>901 New York Avenue, N.W.<br>Washington, D.C.  20001<br>202.408.4000<br>don.dunner@finnegan.com<br>tom.jenkins@finnegan.com<br><br>Michael J. McCabe II<br>Finnegan Henderson Farabow Garrett & Dunner, LLP<br>3500 Sun Trust Plaza<br>303 Peachtree Street, N.E.<br>Atlanta, GA  30308<br>404.653.6400<br>michael.mccabe@finnegan.com |

2

Dated: May 15, 2008      */s/ Richard K. Herrmann*
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
302.888.6800
rherrmann@morrisjames.com

Attorneys for Defendant HOSPIRA, INC.

2