IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMA S.A. and<br>SANOFI-AVENTIS U.S., LLC,<br><br>          Plaintiffs,<br>v.<br><br>HOSPIRA, INC.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No.: 07-721-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION TO EXTEND**

WHEREAS, pursuant to paragraph 5 of the scheduling order in the above action, the parties are to apply to the Court for a protective order by May 30, 2008 (D.I. 20);

WHEREAS, the parties are continuing to negotiate over the terms of a protective order, but there remain outstanding issues that they have not yet been able to resolve;

WHEREAS, the parties would appreciate one additional week to continue their efforts to attempt to reach agreement rather than have to burden the Court with a dispute over the contents of the protective order; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the date by which the parties must apply to the Court for a protective order is extended through and including June 6, 2008.

{00220736;v1}

| ASHBY & GEDDES | MORRIS JAMES LLP |
|---|---|
| */s/ Steven J. Balick* | */s/ Mary B. Matterer* |
| Steven J. Balick (I.D. #2114) | Richard K. Herrmann (I.D. #405) |
| John G. Day (I.D. #2403) | Mary B. Matterer (I.D. #2696) |
| Tiffany Geyer Lydon (I.D. #3950) | 500 Delaware Avenue, Suite 1500 |
| 500 Delaware Ave., Suite 800 | Wilmington, Delaware 19801 |
| Wilmington, DE 19801 | (302) 888-6800 |
| (302) 654-1888 | rherrmann@morrisjames.com |
| sbalick@ashby-geddes.com | mmatterer@morrisjames.com |
| jday@ashby-geddes.com | |
| tlydon@ashby-geddes.com | *Counsel for Defendant* |
| | *Hospira, Inc.* |
| *Counsel for Plaintiffs* | |
| *Aventis Pharma S.A. and* | |
| *sanofi-aventis U.S., LLC* | |

**SO ORDERED** this _____ day of _____, 2008.

_____
Chief Judge

186950.1