IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC, | : |
| Plaintiffs, | : |
| v. | : Civ. No. 07-721-GMS |
| Hospira Inc., | : |
| Defendant. | : |

## ORDER

A mediation conference having been held at Wilmington, Delaware on the 20TH day of **June, 2008** with Magistrate Judge Stark,

IT IS ORDERED that a status teleconference has been scheduled for **October 15th, 2008 at 11:30 a.m.** with Magistrate Judge Stark to further discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE