IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AVENTIS PHARMA S.A. and SANOFI-AVENTIS U.S., LLC,

Plaintiffs,

v.

HOSPIRA, INC.,

Defendant.

C.A. No. 07-721-GMS

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 83.7, the law firm of Finnegan Henderson Farabow Garrett & Dunner, L.L.P., and all attorneys from that firm who have appeared on behalf of the plaintiffs in the above action, hereby withdraw their appearance. The law firms of Ashby & Geddes and Covington & Burling LLP will continue to represent the plaintiffs in this case.

ASHBY & GEDDES

*/s/ Steven J. Balick*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888

*Attorneys for Plaintiffs*

*Of Counsel:*

George F. Pappas
Christopher N. Sipes
Kevin B. Collins
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: 202-662-6000
Fax: 202-662-6291

Dated: September 2, 2008