IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVENTIS PHARMA S.A., | ) | |
| SANOFI-AVENTIS U.S., LLC | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-721-GMS |
| | ) | |
| | ) | |
| HOSPIRA, INC | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| AVENTIS PHARMA S.A., | ) | |
| SANOFI-AVENTIS U.S., LLC | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-496-GMS |
| | ) | |
| | ) | |
| APOTEX, INC., | ) | |
| APOTEX CORP., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION TO CONSOLIDATE
FOR ALL PURPOSES**

Plaintiffs in the above-captioned actions hereby respectfully move, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, to consolidate these two cases for all purposes. The grounds for this motion are fully set forth in plaintiffs' accompanying opening memorandum. For the Court's convenience, a proposed form of order is attached hereto.

ASHBY & GEDDES

*/s/ Steven J. Balick*

_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

George F. Pappas
Christopher N. Sipes
Kevin B. Collins
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  202-662-6000
Facsimile:  202-662-6291

Dated:  September 22, 2008

{00240887;v1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVENTIS PHARMA S.A., | ) | |
| SANOFI-AVENTIS U.S., LLC | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-721-GMS |
| | ) | |
| | ) | |
| HOSPIRA, INC | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| AVENTIS PHARMA S.A., | ) | |
| SANOFI-AVENTIS U.S., LLC | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-496-GMS |
| | ) | |
| | ) | |
| APOTEX, INC., | ) | |
| APOTEX CORP., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This _____ day of _____, 2008, the Court having considered

plaintiffs' motion to consolidate the above-captioned cases for all purposes, and having

concluded that there are good grounds for the requested relief; now therefore,

IT IS HEREBY ORDERED as follows:

1.      Plaintiffs' motion is granted, and the above-captioned two cases are consolidated

for all purposes.

{00240887;v1}

2.    All filings hereafter shall be in civil action number 07-721-GMS.

3.    All filings hereafter shall use the new consolidated caption set forth below:

| | | |
|---|---|---|
| AVENTIS PHARMA S.A., | ) | |
| SANOFI-AVENTIS U.S., LLC | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-721-GMS |
| | ) | (consolidated) |
| | ) | |
| HOSPIRA, INC., APOTEX, INC., and | ) | |
| APOTEX CORP., | ) | |
| | ) | |
| Defendants. | ) | |

_____
Chief Judge

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I hereby certify that the subject of the attached motion was discussed with counsel to all defendants in both of the affected cases, and that counsel to defendant Hospira, Inc. would not consent to the requested relief.

*/s/ Steven J. Balick*

_____

Steven J. Balick