IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVENTIS PHARMA S.A., <br> SANOFI-AVENTIS U.S., LLC | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | C.A. No. 07-721-GMS |
| HOSPIRA, INC., | ) <br> ) <br> ) | |
| Defendant. | ) <br> ) | |
| ------------------------------------------------- | ) <br> ) | |
| AVENTIS PHARMA S.A., <br> SANOFI-AVENTIS U.S., LLC | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | C.A. No. 08-496-GMS |
| APOTEX, INC., <br> APOTEX CORP., | ) <br> ) <br> ) | |
| Defendants. | ) | |

## ORDER

At Wilmington this 6th day of January, 2009, having duly considered plaintiffs, Aventis Pharma S.A. and Sanofi-Aventis U.S., LLC's (collectively "Aventis") motion to consolidate (D.I. 34) the above-captioned cases for all purposes filed in C.A. No. 07-721-GMS; and having further duly considered Aventis' motion to consolidate (D.I. 20) and defendants, Apotex Inc. and Apotex Corp.'s (collectively "Apotex") cross-motion to consolidate (D.I. 26) the above-captioned cases for all purposes filed in C.A. No. 08-496-GMS; and having duly considered the parties' briefing on each of these motions, and concluding that there are good grounds for the requested relief,

IT IS HEREBY ORDERED as follows:

1. Aventis' motions to consolidate the above-captioned cases for all purposes filed in C.A. Nos. 07-721-GMS and 08-496-GMS are GRANTED;

2. Apotex's cross-motion to consolidate the above-captioned cases for all purposes filed in C.A. No. 08-496-GMS is GRANTED;

3. All filings hereafter shall be in C.A. No. 07-721-GMS;

4. All filings hereafter shall use the new consolidated caption set forth below:

| | | |
|---|---|---|
| AVENTIS PHARMA S.A., SANOFI-AVENTIS U.S., LLC | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-721-GMS (Consolidated) |
| HOSPIRA, INC., APOTEX, INC., and APOTEX CORP., | ) ) ) | |
| Defendants. | ) ) | |

5. Aventis and Apotex should propose and file a scheduling order in C.A. No. 08-496-GMS that retains all of the current discovery deadlines, *Markman* dates, pretrial dates, and the trial date previously set forth in C.A. No. 07-721-GMS.[1]

Dated: January 16, 2009

_____
CHIEF, UNITED STATES DISTRICT JUDGE

---

[1] A 7-day bench trial in this case is scheduled to begin on October 26, 2009. The court will address the parties' request to extend the current length of trial to 10 days as part of the pretrial conference.