# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

April 21, 2010

The Honorable Gregory M. SleetVIA ELECTRONIC FILING
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:  *Aventis Pharma S.A., et al. v. Hospira, Inc., et al.*,
     C.A. No. 07-721-GMS (consolidated)

Dear Chief Judge Sleet:

We write on behalf of Plaintiffs in the above-referenced litigation (collectively, "sanofi-aventis") to alert the Court to a change in the duration of the stay of final approval for both Defendants' generic docetaxel products. The parties had previously informed the Court that, because neither Defendant filed a Paragraph IV certification with respect to the *Orange Book*-listed U.S. Patent No. 4,814,470, neither Defendant can obtain final approval prior to the expiration of that patent, which was scheduled for May 14, 2010. However, as a result of a grant of pediatric exclusivity published in the *Orange Book* last week, the expiration date of the '470 Patent has effectively been extended by six months. Thus, it now is the case that—independent of the outcome of this litigation—neither Defendant can obtain final FDA approval for its generic docetaxel products until at least November 14, 2010.

Respectfully,

*/s/ Steven J. Balick*

Steven J. Balick

SJB/dmf
cc:George F. Pappas, Esquire (via electronic mail)
Richard K. Herrmann, Esquire (hand delivery)
James F. Hurst, Esquire (via electronic mail)
Jovial Wong, Esquire (via electronic mail)
Richard W. Riley, Esquire (hand delivery)
Arthur M. Dresner, Esquire (via electronic mail)
Richard T. Ruzich, Esquire (via electronic mail)

{00399648;v1}

Anthony J. Fitzpatrick, Esquire (via electronic mail)
Kerry B. McTigue, Esquire (via electronic mail)
Joseph M. Bennett-Paris, Esquire (via electronic mail)