

Richard K. Herrmann
302.888.6816
rherrmann@morrisjames.com

July 7, 2010

**VIA E-FILING AND HAND DELIVERY**
The Honorable Gregory M. Sleet
United States District Court
    for the District of Delaware
844 North King Street
Wilmington, Delaware 19801

    **RE:** *Aventis Pharma S.A., et al. v. Hospira, Inc., et al.*,
        **C.A. No. 07-721-GMS (consolidated)**

Your Honor

    At the request of Chambers, we enclosed a copy of the electronic version Defendants' Proposed Findings of Fact and Conclusions of Law, DI 378.

        Respectfully,

        /s/*Richard K. Herrmann*

        Richard K. Herrmann - I.D. No. 405

Encl.

cc:    All counsel of record