# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

July 9, 2010

The Honorable Gregory M. Sleet  
United States District Court  
844 N. King Street  
Wilmington, DE 19801

VIA ELECTRONIC FILING

Re: *Aventis Pharma S.A., et al. v. Hospira, Inc., et al.*,  
C.A. No. 07-721-GMS (consolidated)

Dear Chief Judge Sleet:

In response to a telephone request from a member of Your Honor's staff yesterday afternoon, I enclose two additional CDs containing an electronic version of plaintiffs' proposed findings of fact and conclusions of law (D.I. 383) in the above action. They are identical to the CDs that originally were submitted on January 4, 2010 (D.I. 387).

Respectfully,

*/s/ Steven J. Balick*

Steven J. Balick

SJB/dmf  
Enclosures (with hand delivered original letter only)

cc: Richard K. Herrmann, Esquire (via electronic mail; w/o encs.)  
James F. Hurst, Esquire (via electronic mail; w/o encs.)  
Jovial Wong, Esquire (via electronic mail; w/o encs.)  
Richard W. Riley, Esquire (via electronic mail; w/o encs.)  
Arthur M. Dresner, Esquire (via electronic mail; w/o encs.)  
Richard T. Ruzich, Esquire (via electronic mail; w/o encs.)  
Anthony J. Fitzpatrick, Esquire (via electronic mail; w/o ensc.)  
Kerry B. McTigue, Esquire (via electronic mail; w/o encs.)  
Joseph M. Bennett-Paris, Esquire (via electronic mail; w/o encs.)  
George F. Pappas, Esquire (via electronic mail; w/o encs.)